No. 787. BARENBLATT *v.* UNITED STATES. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit and motion

to use the record in *Barenblatt* v. *United States,* No. 742, October Term, 1956 [354 U. S. 930], are granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application and motion. *Edward J. Ennis, Osmond K. Fraenkel, Barent Ten Eyck* and *David Scribner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins, Philip R. Monahan* and *Doris H. Spangenburg* for the United States.